UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT HAYDEL,

          Plaintiff,

- against -

EXPONENTIAL WEALTH INC., ET AL.,

          Defendant.

21-cv-10604 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

The plaintiff has moved for a partial default judgment against all defendants. The defendants should respond to the motion by April 22, 2022. The plaintiff may reply by April 29, 2022.

If there is no response, the motion will be decided on the current papers. If the motion is granted, the defendants will have no trial. No personal appearance in response to this motion is required.

**SO ORDERED.**

Dated:    New York, New York
          April 1, 2022

                                            John G. Koeltl
                                      United States District Judge