UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCOTT HAYDEL,

                Plaintiff,

- against -

EXPONENTIAL WEALTH INC., ET AL.,

                Defendants.

21-cv-10604 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    On February 25, 2022, the Clerk issued a certificate of default as to Ryan Michael Murnane. ECF No. 22. On February 28, 2022, the Clerk issued certificates of default as to Krystalynne Murnane and Christopher Paul. ECF Nos. 27-28. On March 2, 2022, the Clerk issued a certificate of default as to Exponential Wealth Inc. ECF No. 32. The plaintiff then moved for a partial default judgment as to all the defendants on March 31, 2022. ECF No. 33. This Court entered an Order to Show Cause why a Default Judgment should not be entered against all the defendants on April 1, 2022. ECF No. 37. In that Order, the Court wrote that the defendants should respond to the plaintiff's motion for a partial default judgment by April 22, 2022, and that "if there is no response, the motion will be decided on the current papers." Id. Because the defendants have failed to respond by that date, the plaintiff is entitled to a partial default judgment as to all the defendants.

The case is referred to the Magistrate Judge for an inquest on damages. The Clerk is directed to close Docket No. 33. The Clerk is further directed to mail a copy of this Order to the pro se parties and to note service on the docket.

**SO ORDERED.**

Dated:   New York, New York
         June 29, 2022

                                    _____
                                           John G. Koeltl
                                    **United States District Judge**