UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT HAYDEL,

          Plaintiff,

- against -

EXPONENTIAL WEALTH INC., ET AL.,

          Defendants.

21-cv-10604 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff may respond to Krystalynne Murnane's application to vacate the default judgment against her by August 10, 2022. Krystalynne Murnane may file a reply in further support of her application by August 19, 2022. The Clerk is directed to mail a copy of this Order to the defendants and to note service on the docket.

SO ORDERED.

Dated:    New York, New York
           July 28, 2022

                                          John G. Koeltl
                                  United States District Judge