UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT HAYDEL,

                          Plaintiffs,          21-cv-10604 (JGK)

          - against -                          ORDER

EXPONENTIAL WEALTH, INC., ET AL.,

                          Defendants.

JOHN G. KOELTL, District Judge:

     The parties are directed to submit a Rule 26(f) report by

**October 14, 2022**. The Clerk is directed to mail a copy of this

order to pro se defendant Krysta-Lynne Murnane and to note service

on the docket.


SO ORDERED.
Dated:   New York, New York
         September 29, 2022

                                    John G. Koeltl
                              United States District Judge