UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT HAYDEL,

               Plaintiff,

-v-

EXPONENTIAL WEALTH INC., RYAN MICHAEL MURNANE, KRYSTALYNNE MURNANE, and CHRISTOPHER PAUL,

               Defendants.

CIVIL ACTION NO.: 21 Civ. 10604 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The telephone conference scheduled for January 10, 2023 at 11:00 am is CANCELLED.

Dated:      New York, New York
             December 13, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**