**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SCOTT HAYDEL,

                Plaintiff,                21 **CIVIL** 10604 (JGK)(SLC)

    -against-                            **<u>JUDGMENT</u>**

EXPONENTIAL WEALTH INC., ET AL.,

                Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 05, 2023, the Court adopts the Report & Recommendation in its entirety. Judgment is entered as follows: (1) In favor of the plaintiff and against the defendants Exponential Wealth, Inc., Ryan Michael Murnane, and Christopher Paul -- jointly and severally, as follows: (a) For compensatory damages in the amount of $94,010.00; and (b) For pre-judgment interest on Mr. Haydel's compensatory damages at a rate of nine percent per annum, calculated from the dates of each of his four purchases as follows: (i) on $9,201.00 from June 21, 2018 to the date of entry of judgment in the amount of $13,724.87; (ii) on $7,799.00 from July 17, 2018 to the date of entry of judgment in the amount of $11,583.54; (iii) on $58,410.00 from on November 8, 2018 to the date of entry of judgment in the amount of $85,112.17; and (iv) on $18,600.00 from August 13, 2020 to the date of entry of judgment in the amount of $24,149.42 and (c) For post-judgment interest pursuant to 28 U.S.C. § 1961; and (d) For costs in the amount of $607.00. (2) That Mr. Haydel's RICO claims, his conspiracy claim under New York law, and his requests for consequential damages, punitive damages, treble

damages, attorney's fees, an equitable accounting, and a constructive trust be dismissed as abandoned.

**Dated:**  New York, New York

      December 06, 2023

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**

**BY:** _Negam Dulal_

                                              **Deputy Clerk**