UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCOTT HAYDEL,

                    Plaintiff,                                    21-cv-10604 (JGK)

          - against -                                            Order

EXPONENTIAL WEALTH INC., ET AL.,

                    Defendants.

---

**John G. Koeltl, District Judge:**

On June 11, 2026, Krysta-Lynne Murnane filed an "Objection and Request for Protection Regarding Subpoena Duces Tecum." ECF No. 84. On or before **June 26, 2026**, the party seeking to enforce the subpoena shall file a motion to compel compliance with the subpoena, attaching the subpoena and showing (1) that the documents sought are relevant to discovering assets that may satisfy the judgment and proportional to the needs of post-judgment enforcement, see Fed. R. Civ. P. 26(b)(1), 69(a)(2), and (2) that the subpoena does not impose an undue burden on Ms. Murnane, see Fed. R. Civ. P. 45(d)(1), (3)(A)(iv).

SO ORDERED.

Dated:    New York, New York
          June 17, 2026

                                        _____
                                             John G. Koeltl
                                        United States District Judge